IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RE: Reassignment of Civil Cases from the Docket of
Magistrate Judge Sharon L. Ovington

ORDER

The attached cases that are currently assigned to Magistrate Judge Sharon L. Ovington are hereby reassigned to Magistrate Judge Caroline H. Gentry.

IT IS SO ORDERED.

8 Feb. 2022
DATE

Honorable Algenon L. Marbley
Chief Judge United States District Court